1  TIMOTHY COURCHAINE
   United States Attorney
2  District of Arizona

3  BRADLEY BAUGHER
   Arizona State Bar No. 032920
4  ADDISON OWEN
   Arizona State Bar No. 031263
5  Assistant U.S. Attorneys
   Two Renaissance Square
6  40 N. Central Ave., Ste. 1800
   Phoenix, Arizona 85004
7  Telephone: 602-514-7500
   Email: addison.owen@usdoj.gov
8  Email: bradley.baugher@usdoj.gov
   Attorneys for Plaintiff
9

```
                    FILED ___ LODGED
                    RECEIVED ___ COPY

                       NOV 1 2 2025

                  CLERK U S DISTRICT COURT
                   DISTRICT OF ARIZONA
                  BY _____ DEPUTY
```

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR25-01542-PHX-SHD (ASB) |
|---|---|
| Plaintiff, | **REDACTED INDICTMENT** |
| v. | VIO: 18 U.S.C. § 111(a) and (b)<br>(Assaulting, Resisting, and Impeding a Federal Employee – Deadly or Dangerous Weapon)<br>Count 1 |
| Marquis Trell Whitehead, | |
| Defendant. | 18 U.S.C. § 924(c)(1)(A)<br>(Use and Brandish of a Firearm in a Crime of Violence)<br>Count 2 |
| | 18 U.S.C. §§ 924(d) and 981,<br>21 U.S.C. §§ 853 and 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about July 28, 2025, in the District of Arizona, the defendant, MARQUIS TRELL WHITEHEAD, did intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Postal Service (USPS) employee E.G., who is an employee of the United States and protected as designated in 18 U.S.C. § 1114, while

1  USPS employee E.G. was engaged in his official duties, and defendant MARQUIS TRELL
2  WHITEHEAD did so with a dangerous weapon, to wit: a firearm.
3  All in violation of Title 18, United States Code, Section 111(a) and (b).

## COUNT 2

5  On or about July 28, 2025, in the District of Arizona, Defendant MARQUIS TRELL
6  WHITEHEAD did knowingly use, carry, and brandish a firearm during and in relation to
7  a crime of violence, and did knowingly possess and brandish a firearm in furtherance of a
8  crime of violence, that is, Assaulting, Resisting, and Impeding a Federal Employee –
9  Deadly or Dangerous Weapon, as alleged in Count 1, a felony crime prosecutable in a
10  Court of the United States.
11  In violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION

13  The Grand Jury realleges and incorporates the allegations in Counts 1-2 of this
14  Indictment, which are incorporated by reference as though fully set forth herein.
15  Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C.
16  § 2461(c), and upon conviction of the offenses alleged in Counts 1-2 of this Indictment,
17  the Defendant shall forfeit to the United States of America all right, title, and interest in (a)
18  any property constituting, or derived from, any proceeds the persons obtained, directly or
19  indirectly, as the result of the offense, and (b) any of the Defendant's property used, or
20  intended to be used, in any manner or part, to commit, or to facilitate the commission of,
21  such offense as to which property the Defendant are liable, including, but not limited to,
22  the following property involved and used in the offense:
23  (3)  Hi-Point Model C-9, 9mm handgun, Serial Number: P1673813, and
24  (4)  Seven (7) rounds of 9mm ammunition.
25  If any forfeitable property, as a result of any act or omission of the Defendant:
26  (1) cannot be located upon the exercise of due diligence,
27  (2) has been transferred or sold to, or deposited with, a third party,
28  (3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: November 12, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
ADDISON OWEN
BRADLEY BAUGHER
Assistant U.S. Attorneys